

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 02-30043-01 |
| VERSUS | * | JUDGE JAMES |
| LEE DELL NATION, JR. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Motion to Reinstate Filing of Motion to Vacate, Set Aside or Correct Sentence Under Title 18 U.S.C. Section 2255 and Request Equitable Tolling to the Limitations Period [Doc. No. 512] is hereby **GRANTED**.

THUS DONE AND SIGNED this 18 day of July, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION